In re:  Deborah LYNNE, aka Deborah L. Kelly, Debtor,

**Harry Nelson Young, Appellant,**

v.

**Deborah Lynne, Appellee.**

No. 01–55153.

BAP No. CC–00–01134–BKMa.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM**

Harry Nelson Young appeals the Bankruptcy Appellate Panel's ("BAP") dismissal as moot of his appeal of the bankruptcy court's judgment extinguishing his interest in property that he co-owned with the debtor, Deborah Lynne, after he stopped making mortgage payments. We have jurisdiction pursuant to 28 U.S.C. § 158(d). We review de novo jurisdictional issues in bankruptcy, *Arnold & Baker Farms v. United States (In re Arnold & Baker Farms)*, 85 F.3d 1415, 1419 (9th Cir.1996), and we affirm.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

We conclude that the BAP properly dismissed Young's appeal. The court may dismiss an appeal where equities weigh in favor of dismissal, especially where the appellant's failure to obtain a stay resulted in changed circumstances. *See In re S.S. Retail Stores Corp., v. Ekstrom,* 216 F.3d 882, 885 (9th Cir.2000) (citations omitted). Accordingly, we affirm.

Young's remaining contentions lack merit.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

